**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **DATA CARRIERS, LLC,** | |
| **Plaintiff,** | |
| **v.** | **CIVIL ACTION NO. 2:15-cv-72** |
| **CIMAREX ENERGY CO.,** | **JURY TRIAL DEMANDED** |
| **Defendant.** | |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Data Carriers, LLC and Defendant Cimarex Energy Co. hereby submit this motion and provide notice to the Court pursuant to the Court's Standing Order Regarding Proper Notification of Settlement to the Court.   The Parties have reached a settlement in principle in this matter and expect to finalize the agreement within the stay requested.

In furtherance of the Parties' settlement agreement, the Parties jointly move the Court for a temporary stay of the entry of a docket control order in this case, and a stay of all applicable deadlines, for thirty (30) days in which time the Parties expect to finalize the agreement and file dismissal papers with the Court.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion and enter a temporary thirty (30) day stay of all applicable deadlines.


Dated: September 1, 2015

Respectfully submitted,

By: */s/ Austin Hansley*
**AUSTIN HANSLEY P.L.L.C.**
Austin Hansley
Texas Bar No.: 24073081
Brandon LaPray
Texas Bar No.: 24087888

5050 Quorum Dr. Suite 700
Dallas, Texas 75254
Telephone:      (469) 587-9776
Facsimile:      (855) 347-6329
Email: Austin@TheTexasLawOffice.com
www.TheTexasLawOffice.com
**ATTORNEY FOR PLAINTIFF**
**DATA CARRIERS, LLC**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on September 1, 2015.

*/s/ Austin Hansley*
Austin Hansley